# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00261-CV

### In re American International Specialty Lines Insurance Company

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator American International Specialty Lines Insurance Company's petition for writ of mandamus is denied, and its motion for temporary relief is dismissed. *See* Tex. R. App. P. 52.8(a), 52.10.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed: October 17, 2008